COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Hartford Casualty Insurance Company

Appellate case number:      01-22-00926-CV

Trial court case number:     37665

Trial court:                          335th District Court of Washington County

On December 14, 2022, relator, Hartford Casualty Insurance Company, filed a petition for writ of mandamus challenging the trial court's October 14, 2022 order granting real party in interest, Tommy Dale Privett's, motion to compel the deposition of a corporate representative of relator. Relator alleges that the trial court abused its discretion by compelling relator to present a corporate representative for deposition when the deposition is not proportional to the needs of the case, and requests that the Court grant a writ of mandamus directing the trial court to "vacate the order compelling the corporate-representative deposition."

The Court requests a response to the petition for a writ of mandamus from real party in interest. **The response(s), if any, is due no later than twenty days from the date of this order**.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                            ☑ Acting individually     ☐ Acting for the Court

Date: __December 20, 2022_____